IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JOHN DOE** | § | |
| | § | |
|     **Plaintiff** | § | |
| | § | |
| **vs.** | § | Civil Action No. 4:18-cv-00254 |
| | § | |
| **AUSTIN COLLEGE**, **TIM MILLERICK**, as agent for Austin College, **SHEILA PINERES,** as agent for Austin College, and **MICHAEL DEEN**, as agent for Austin College**,** | § § § § § § | |
| | § | |
|     **Defendants.** | § | |

### STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE BY PLAINTIFFS PURSUANT TO RULE 41(a)(1)

Plaintiff, **JOHN DOE**, files this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Plaintiff stipulates that all the claims **JOHN DOE** has brought against **AUSTIN COLLEGE, TIM MILLERICK, as agent for Austin College, SHEILA PINERES, as agent for Austin College, and MICHAEL DEEN, as agent for Austin College** are hereby dismissed with prejudice against refiling the same.  Each party will bear its own attorney's fees and costs.

This case is not a class action, a receiver has not been appointed in this case, and this case is not governed by any federal statute that requires a court order for dismissal of this case.

By: s/Susan E. Hutchison
    Susan E. Hutchison
    SBN:  10354100
    sehservice@hsjustice.com

James Robert Hudson
SBN:  24094736
jr@hsjustice.com

**HUTCHISON & STOY, PLLC**
505 Pecan Street, Suite 101
Fort Worth, Texas 76102
817/820-0100 Telephone
817/820-0111 Facsimile

ATTORNEYS FOR PLAINTIFF,
**JOHN DOE**