**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JOHN DOE** § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| vs. § | Civil Action No. 4:18-cv-00254 | |
| § | | |
| **AUSTIN COLLEGE**, § | | |
| **TIM MILLERICK**, as agent for Austin § | | |
| College, **SHEILA PINERES,** as agent for § | | |
| Austin College, and **MICHAEL DEEN**, as § | | |
| agent for Austin College, § | | |
| § | | |
| Defendants. § | | |

ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is the above-entitled action. On this day, the Court considered the Plaintiff's Stipulation of Dismissal. (Dkt. 8). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court hereby ORDERS, ADJUDGES, and DECREES that Plaintiff's claims in this action be dismissed with prejudice.

IT IS FURTHER ORDERED that all costs shall be taxed to the party incurring the same.

IT IS FINALLY ORDERED that all relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

**SIGNED this 7th day of May, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE